UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| MICHELLE LEE, | **ORDER ON APPLICATION** |
|       Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
|    V. | |
| | |
| COMMISSIONER of SOCIAL SECURITY, | CASE      1:10-AT-00633 |
|       Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

    <u>X</u>   The clerk is directed to file the complaint.

    <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   <u>27th</u>   day of   <u>August</u>  , <u>2010</u>.


                                             /s/ Sandra M. Snyder
                                            Signature of Judicial Officer

                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                           Name and Title of Judicial Officer