BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No. 1:10-cv-01550-SKO (SS)<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. No. 13) is hereby extended 45 days from May 18, 2011 to July 2, 2011. This is Defendant's first request for an extension in this case.

///

///

///

///

1

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                                Respectfully submitted,

Dated: May 11, 2011

                                  By    /s/ *Steven Rosales*
                                           STEVEN ROSALES
                                           (as authorized by email)
                                           Attorney for the Plaintiff

Dated: May 13, 2011                BENJAMIN B. WAGNER
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                  By    */s/ Kathryn R. Watson*
                                           KATHRYN R. WATSON
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **May 16, 2011**                            **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE