BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8928
   Facsimile:  (415) 744-0134
   E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MICHELLE LEE, ) | CIVIL NO. 1:10-CV-01550-SKO |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER TO EXTEND TIME TO ANSWER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Complaint be extended 30 days from July 2, 2011 to Monday, August 1, 2011.  This is Defendant's second request for an extension of time.

//

//

//

//

//

Defendant requests the additional time to review and respond.

                                              Respectfully submitted,

Dated: June 22, 2011                */s/ Steven Rosales*
                                        (As authorized via email)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: June 23, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Kathryn R. Watson*
                                        KATHRYN R. WATSON
                                        Special Assistant United States Attorney
                                        Social Security Administration

IT IS SO ORDERED.

**Dated:   June 23, 2011**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE