1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | MICHELLE LEE, ) | Case No.: 1:10-cv-1550 SKO |
| 8 | Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 9 | vs. ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| 10 | MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| 11 | ) | |
| 12 | Defendant ) | |
| 13 | _____ ) | |

14          Based upon the parties' Stipulation for the Award and Payment of Equal

15     Access to Justice Act Fees, Costs, and Expenses:

16          IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

17     authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

18

19     IT IS SO ORDERED.

20       Dated:   **February 29, 2012**                    **/s/ Sheila K. Oberto**

21                                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26